IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Case Number: 2:25-cv-00179-SPC-KCD

GS HOLISTIC, LLC,

        Plaintiff,

v.

SRF CAPITAL INVESTMENT, INC.
d/b/a GRAB'N GO SMOKE AND
VAPE, MD RASHEDUL ISLAM, and
FAISAL NUREE,

        Defendants.
_____/

### DECLARATION OF ATTORNEY IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT FINAL JUDGMENT BY THE COURT AGAINST BOTH DEFENDANTS PURSUANT TO F.R.C.P. 55(b)

Pursuant to 28 U.S. Code § 1746, David Perry, Esquire, counsel for the Plaintiff, GS HOLISTIC, LL, states as follows:

1. I am an attorney at law, admitted to practice before this Court. I am an attorney at the law firm of The Ticktin Law Group, counsel of record for the Plaintiff herein, GS HOLISTIC, LLC.

2. The Plaintiff filed its Complaint against Defendants on March 4, 2025 [DE 1].

3. On April 29, 2025, a Clerk's Default was entered against the Defendants, SRF CAPITAL INVESTMENT, INC. d/b/a GRAB'N GO SMOKE AND

VAPE, MD RASHEDUL ISLAM, and FAISAL NUREE [DE 18].

4.  The Defendants have been defaulted for not participating in the instant action.

5.  As submitted by a separate declaration, I have determined that the Defendants, MD RASHEDUL ISLAM, and FAISAL NUREE, are not in military service as requested under the Service Members Civil Relief Act, 50 U.S.C. App'x § 521.

6.  On information and belief, the Defendants MD RASHEDUL ISLAM and FAISAL NUREE are not infants or incompetent natural persons.

7.  The Plaintiff reasonably estimates that it spent approximately $712.00, consisting of the filing fee ($402.00) and the process server fee ($310.00). The invoices for service of process are attached hereto as Exhibit "A."

Docusign Envelope ID: BE8E84B5-DF68-4D45-A717-A2C99CCC0EEB

I declare under penalty of perjury that the foregoing is true and correct. Executed on 6/10/2025 _____.

                                                    *David Perry*
                                                    David L. Perry II

**THE TICKTIN LAW GROUP**
270 SW NATURA AVENUE, DEERFIELD BEACH, FLORIDA 33441
TELEPHONE: (561) 232-2222